IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID LATTIMORE, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. **1:10-cv-2307** |
| FLOOR INNOVATIONS, INC., a domestic corporation, MARGARET PORCHE and KEITH PORCHE, individually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes Now Plaintiff, David Lattimore, by and through undersigned counsel and hereby comes forward and stipulates to the voluntary dismissal of all claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which includes the electronic signature of counsel for the referenced party to this matter as evidence of his stipulation to this voluntary dismissal without prejudice.

Respectfully submitted this 15th day of March, 2011.

Respectfully submitted,

MORGAN & MORGAN, PA

 s/ Justin M. Ross
JUSTIN M. ROSS #19571
JENNIFER M. BERMEL #794231
One Commerce Square, Ste. 2600
Memphis, Tennessee 38103
Phone: 901-333-1844
Fax: 901-333-1897
jross@forthepeople.com
jbermel@forthepeople.com

*Attorneys for the Plaintiff*